**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS KILLEEN,<br><br>    Plaintiff,<br><br>    v.<br><br>NIC INC., ART N. BURTSCHER, SYLVESTER JAMES, PETE WILSON, HARRY HERINGTON, ALEXANDER C. KEMPER, VENMAL ARASU, C. BRAD HENRY, TONY E. SCOTT, JAYAPRAKASH VIJAYAN, and WILLIAM M. LYONS,<br><br>    Defendants. | Case No: 3:21-cv-07922-BRM-LHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nicholas Killeen hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: May 28, 2021                                              Respectfully submitted,

                                                                 **HALPER SADEH LLP**

                                                                 /s/ Zachary Halper
                                                                 Zachary Halper, Esq.
                                                                 186 Darwin Lane
                                                                 North Brunswick, NJ 08902

Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 28, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                 /s/ Zachary Halper
                 Zachary Halper